

ABC Loan Company of Illinois, Inc., Appellant, v. Thomas W. Campbell, Iona Campbell, and Mallie Loftin, Defendants. Mallie Loftin, Appellee.

Gen. No. 46,114. (Abstract of Decision.)

Gale L. Marcus, for appellant; Gale L. Marcus, and Guy E. Rodrick, of counsel; no appearance for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full. Opinion filed January 20, 1954; released for publication February 25, 1954.

George T. Jurus and Rose Jurus, Appellants, v. Chicago Housing Authority, Appellee.

Gen. No. 46,107. (Abstract of Decision.)

Heber T. Dotson, for appellants; Robert A. Snow, and Irving Goodman, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed January 20, 1954; rehearing denied February 25, 1954; released for publication February 25, 1954.